# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| Allen Conley, | : | Case No. |
| | : | |
| Plaintiff, | : | Judge |
| | : | |
| vs. | : | **NOTICE OF REMOVAL** |
| | : | |
| Walmart, Inc. | : | |
| | : | Taylor C. Knight (0089531) |
| Defendant. | : | Brittany H. Asmus (0095142) |
| | : | REMINGER CO., L.P.A. |
| | : | One SeaGate, Suite 1600 |
| | : | Toledo, Ohio 43604 |
| | : | Telephone: (419) 254-1311 |
| | : | Fax: (419) 243-7830 |
| | : | E-mail: tknight@reminger.com |
| | : | |
| | : | Counsel for Defendant |
| | : | Walmart, Inc. |
| | : | |

Now comes Defendant, Walmart Inc., by and through counsel, Reminger Co., L.P.A., and respectfully submit this Notice of Removal pursuant to Title 28 U.S.C. § 1332, § 1441 and § 1446 as follows:

1. That there was commenced and is now pending in the Court of Common Pleas for Allen County, Ohio, Case Number CV 2019 0538, captioned *Allen Conley v. Walmart, Inc.* A copy of the Summons and Complaint filed on or about December 19, 2019 is attached hereto and made a part hereof as Exhibit A.

1

2. That this is an action at common law in a civil nature and that the amount in controversy, exclusive of interests and costs exceeds the sum of $75,000.00.

3. That this is an action that involves a controversy between citizens of different States. Plaintiff Allen Conley is a citizen of the State of Ohio, residing at 335 Grandview Blvd., Ada, Ohio 45810. Defendant Walmart, Inc. is a Delaware corporation whose principal place of business is located in the State of Arkansas.

4. That this is an action to which the United States District Court has been given original jurisdiction pursuant to Title 28, U.S.C. § 1332, and that notice of this removal is timely filed in this case as it is within 30 days of the date of service. Upon information and belief, service of the Summons and Complaint on Defendant Walmart, Inc. occurred on or about December 26, 2019.

5. That written notice of the filing of this Notice of Removal will be given to all parties as required by law. A true and accurate copy of this Notice of Removal will be filed with the Clerk of Courts for the Court of Common Pleas for Allen County, Ohio.

WHEREFORE, this action is properly removed from The Court of Common Pleas for Allen County, Ohio to the United States District Court for the Northern District of Ohio, Western Division, for all further proceedings.

Respectfully submitted,

*/s/ Taylor C. Knight*
Taylor C. Knight     (0089531)
Brittany H. Asmus     (0095142)
REMINGER CO., L.P.A.
One Seagate, Suite 1600
Toledo, Ohio 43604
Phone: 419-254-1311
Fax: 419-243-7830
E-Mail: tknight@reminger.com
E-Mail: basmus@reminger.com

Counsel for Defendant
Walmart, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, a copy of foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

*/s/ Taylor C. Knight*
Taylor C. Knight     (0089531)
Brittany H. Asmus     (0095142)

Counsel for Defendant Walmart, Inc.

Court of Common Pleas, Allen County, Lima, Ohio
Courthouse, Lima, Ohio 45801
FAX (419) 222-8427

## SUMMONS ON COMPLAINT
Rule 4 1970 Ohio Rules of Civil Procedure

Case No. CV 2019 0538

HONORABLE JEFFREY L REED

| Name | Address |
|---|---|
| ALLEN CONLEY | 335 GRANDVIEW BOULEVARD<br>ADA, OH 45810 |

Plaintiff(s)

-VS-

| Name | Address |
|---|---|
| WALMART INC | C/O CT CORPORATION SYSTEM SA<br>COLUMBUS, OH 43219 |

Defendant(s)

To the above named defendant(s); (See attached complaint for additional parties)

You are hereby summoned that a complaint (a copy of which is hereto attached and made part hereof) has been filed against you in this court by the plaintiff(s) named herein. Including the following documents:

You are required to serve upon the plaintiff('s') attorney, or upon the plaintiff(s) if he/she/they has/have no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with the court within three days after service on plaintiff('s') attorney.

The name and address of the plaintiff('s') attorney is as follows:

KENNETH J IGNOZZI
TALBOTT TOWER
DAYTON, OH 45402

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

MARGIE J MURPHY MILLER
Allen County Clerk of Courts

Date: December 23, 2019

*Darlene Garin*
Darlene Garin    Deputy

EXHIBIT
A



```
                    FILED
            COMMON PLEAS COURT
              2019 DEC 19 AM 9: 3_
            MARGIE MURPHY MILLER
               CLERK OF COURTS
              ALLEN COUNTY, OHIO
```

## IN THE COMMON PLEAS COURT OF ALLEN COUNTY, OHIO
### CIVIL DIVISION

| | | |
|---|---|---|
| **ALLEN CONLEY** | : | CASE NO.: **CV2019 0538** |
| 335 Grandview Boulevard | : | |
| Ada, Ohio 45810 | : | JUDGE: **REED** |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| **WALMART, INC.** | : | **COMPLAINT FOR PERSONAL** |
| c/o CT Corporation System, SA | : | **INJURY; WITH JURY DEMAND** |
| 4400 Eason Commons Way | : | **ENDORSED HEREON** |
| Columbus, Ohio 43219 | : | |
| | : | |
| Defendant. | | |

---

### FIRST CLAIM FOR RELIEF

1. Defendant, Walmart, Inc. (hereinafter, referred to as Defendant), operates a corporate-owned Walmart Stores, open to the general public and located at 2400 Harding Highway, Lima, Ohio 45804.

2. On or about January 18, 2018, Plaintiff, Allen Conley, a business invitee at the aforementioned Wal-Mart Stores, was injured as a result of a fall, the proximate cause of which was a dangerous and hazardous condition created by the Defendant and/or known by the Defendant to exist, to wit: a puddle of water on the floor as a result of a leaking roof.

3. Defendant had a duty to operate the store in a reasonably safe manner, to inspect its property in a manner designed to discover dangerous and hazardous conditions, and to provide a warning to the public regarding the existence of dangerous and hazardous conditions of which they knew or should have known.

4. Defendant was negligent in the operation, maintenance and care of the aisles in that they unreasonably and unnecessarily created and/or allowed to exist a dangerous and hazardous condition of which they knew or should have known, to wit: a puddle of water on the floor as a result of a leaking roof, in a main aisle.

5. Defendant was negligent in the operation, maintenance and care of the aisle floor, in that they failed to properly design, construct or erect caution signs or otherwise warn the public generally, and Plaintiff, Allen Conley, specifically, of hazardous conditions of which they knew or should have known to exist to wit: a puddle of water on the floor as a result of a leaking roof.

6. Defendant was negligent in that they failed to conduct any regular inspection of the aisle ways and/or roof, thereby failing to discover and correct/repair the defective condition which presented a hazard to the public generally, and Plaintiff, Allen Conley, specifically, of which they knew or should have known.

7. As the proximate result of the negligence of Defendant, Walmart, Inc., Plaintiff, Allen Conley, sustained injuries and damages as follows:

   a. Severe and permanent injuries including back pain, neck pain, left shoulder pain and right leg pain;

   b. Great pain and suffering both physical and emotional, and loss of ability to perform usual functions and will cause him further pain and suffering and loss of ability to perform usual functions in the future;

   c. Reasonable and necessary medical expenses in an amount in excess of $29,693.27;

   d. Miscellaneous out of pocket expenses in excess of $300.00.

8. The aforesaid negligence of Defendant, Walmart, Inc. was the direct and proximate cause of the injuries and damages to Plaintiff, Allen Conley.

**WHEREFORE**, Plaintiff, Allen Conley, demands judgment against the Defendant, Walmart, Inc., in an amount in excess of $25,000.00 plus interest, attorney fees and cost of this action.

Respectfully submitted,

DYER, GAROFALO, MANN & SCHULTZ

Kenneth J. Ignozzi (0055431)
Attorney for Plaintiff
Dyer, Garofalo, Mann, & Schultz
131 N. Ludlow Street, Suite 1400
Dayton, OH 45402
Tel: (937) 223-8888; Fax: (937) 824-8630
Email: kignozzi@dgmslaw.com

## JURY DEMAND

Now comes Plaintiff, by and through counsel, and hereby demands a trial by jury on all issues of this matter.

                Respectfully submitted,

                DYER, GAROFALO, MANN & SCHULTZ

                Kenneth J. Ignozzi (0055431)
                Attorney for Plaintiff
                Dyer, Garofalo, Mann, & Schultz
                131 N. Ludlow Street, Suite 1400
                Dayton, OH 45402
                Tel: (937) 223-8888; Fax: (937) 824-8630
                Email: kignozzi@dgmslaw.com